UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JAMES LEROY REVETTE, JR., ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | No. 4:14-CV-107-F |
| SCOTT THOMAS, LIONEL WALTER ) | |
| MILLS, ALFRED DECATUR WARD, JR., ) | |
| NANCY WARD HANF, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**
**This case came before Senior District Judge James C. Fox for consideration.**

**IT IS ORDERED, ADJUDGED AND DECREED that the court adopts the memorandum and recommendation as its own, and Plaintiff's claims against Defendants Scott Thomas, Lionel Walter Mills, Alfred Decatur Ward, Jr. And Nancy Ward Hanf are DISMISSED.**

This Judgment Filed and Entered on August 6, 2014, with service on:

James L. Revette, Jr. (via US Mail, 1822 South Glenburnie Road, Box 203, New Bern, NC 28562)

JULIE A. RICHARDS, CLERK

/s/ Susan K. Edwards
(By): Susan K. Edwards, Deputy Clerk